IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KENNETH SLIVINSKI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS INC., DESTILERÍA SERRALLÉS INC., AND SERRALLÉS HOTEL, INC.,<br><br>Defendants. | CIV. NO.: 19-1857 (SCC) |

## ORDER

On February 1, 2021, the Court ordered Plaintiff Kenneth Slivinski ("Plaintiff Slivinski") to amend his complaint in order to join Priceline as a party to this suit. *See* Docket No. 67. The Court noted that failure to comply with its directive by February 8, 2021 would result in the dismissal of this action. *Id.* at pg. 5. To date, Plaintiff Slivinski has not complied

| SLIVINSKI v. HILTON WORLDWIDE HOLDINGS INC., ET AL. | Page 2 |
|---|---|

with the Court's Order at Docket Number 67. Further, Plaintiff Slivinski has not requested additional time to comply with the Court's Order at Docket Number 67 or even stated that he wished to oppose the same.

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of February, 2021.

     S/SILVIA CARENO-COLL
     UNITED STATES DISTRICT COURT JUDGE