IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KENNETH SLIVINSKI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS INC., DESTILERÍA SERRALLÉS INC., AND SERRALLÉS HOTEL, INC.,<br><br>    Defendants. | CIV. NO.: 19-1857 (SCC) |

## JUDGMENT

In accordance with the Order at Docket No. 69, this case is hereby dismissed with prejudice, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of February, 2021.

                *S*/SILVIA CARRENO-COLL
                UNITED STATES DISTRICT COURT JUDGE